BENJAMIN MICHAELSON and wife, KATE MICHAELSON, *Appellants*, vs. NATIONAL BANK OF COMMERCE, a Corporation, SECURITY MORTGAGE & INVESTMENT CO., a Corporation, W. B. WHITAKER, Trustee, BECKWITH & WHITAKER, INC., a Corporation, E. L. AURELIUS, F. E. SEXTON, E. C. SEXTON, PALMA CEIA LUMBER CO., a Corpora-

tion, KAYLOR PLUMBING Co., a Corporation, W. · B. DISBRO LUMBER Co., a Corporation, BOOKER & COMPANY, INC., a Corporation, J. L. EDWARDS, W. L. DICKSON, COLONIAL CABINET Co., a Corporation, McCRARY BUILDING SUPPLY Co., a Corporation, CAVIN & GARABRENT, a Copartnership composed of L. R. CAVIN and GARABRENT: M. L. CURRY & SONS, PITTSBURG PLATE GLASS Co., WALTER F. FENNEL doing business as EXCELSIOR TILE & MARBLE Co., and all persons having a claim or interest in Lot 2, Block 5 of Palma Ceia Park Addition to the City of Tampa, Florida, *Appellees.*

136 So. 647.

Division B.

Opinion filed July 31, 1931.

*Anna A. Krivitsky,* for Appellants;
*Billie B. Bush,* for Appellees.

PER CURIAM.—Appellee, National Bank of Commerce, brought suit in equity to foreclose a mortgage, naming appellant and other appellees as parties defendant. A special master was appointed to take testimony and make finding of law and fact. Such findings were reported and exceptions thereto were overruled. A motion to dismiss the amended bill of complaint and a motion to require certain counsel to retire as representative of different defendants with alleged adverse interests were also overruled and appeal taken from all of said decrees.

All errors assigned have been examined carefully. An opinion discussing them would be lengthy and would serve no useful purpose. The decree of the Chancellor is accordingly affirmed.

Affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur in the opinion and judgment.